# EXHIBIT 3

(Marzan Charges)

September 13, 2016

To SEIU Local 1107 Executive Board, Mary Kay Henry, president, SEIU International and SEIU International Executive Board,

I would like to formally protest the actions of SEIU Local 1107's president, Cherie Mancini, by filing charges of gross misconduct, fiduciary irresponsibility and leadership that has led to the inability of self-governance and an undemocratic process within Local 1107:

- Article 7; Section 6; A. Accountability – on numerous occurrences, the executive board has given direction to President Mancini in which she has not followed through on.
  - Negotiate Michael Urban's contract (Urban Law Firm) – February and March executive board meetings.
  - Executive board voted to move four terminated staff cases to arbitration with input from Michael Urban. At the next executive board meeting without the presence of legal, President Mancini brought the matter to the executive board again and had another vote to move the cases to mediation.
- Article 7; Section 6; B. 5.
  - During the UMC interest based bargaining, President Mancini declined the training which would have allowed her to participate in bargaining.
  - President Mancini alleged an investigation against the UMC bargaining team was taking place which would mean that she was investigating herself as a member of the bargaining team. Demonstrating President Mancini's complete lack of understanding of the role and responsibilities as president of the Local. This also demonstrates the Local's inability of self-governance, such as investigations, who investigates allegations of misconduct, when and how the charged party is allowed to respond, and whom places sanctions or takes action. Thus displaying an undemocratic process within Local 1107. (Attachment 1)
  - President Mancini was unaware of the status of negotiations even though the officers gave status updates during the executive board meetings and that UMC employees/members received joint UMC management/SEIU bargaining team updates with contract language and photo's of the mutually interest based bargaining boards put out through employer email after every bargaining session.
  - President Mancini's lack of participation in the UMC bargaining process put the local in danger of EMRB charge of bargaining in bad faith when President Mancini halted the ratification vote that had been scheduled and advertised to the UMC members. President Mancini took matters in her own hands and without authority or due process issued action by directing Local 1107 staff to publicly attack our own SEIU members whereas displaying an undemocratic process within Local 1107 and irrational behavior that questions President Mancini's judgment. (Attachment 1 was placed on both the SEIU 1107's website and Facebook)
- Article 16; Section 4.
  - President Mancini violated this Section of the Constitution and Bylaws by not informing or allowing the members of Clark County to participate in the Settlement Agreement signed by President Mancini on August 13, 2016. (Attachment 2)
- Article 16; Section 6.
  - President Mancini chose not to actively take part in and stay informed of the UMC

bargaining.

- Article 16; Section 10.
  - UMC officers brought to the attention of the President and the executive board that due to NRS that was put into place in 2015, they would not be able to get union bank time for negotiations if their agreement was not settled by June 30, 2016. President Mancini told Ms. Greaux that there was no money to pay them during the June executive board meeting. This article states that they should have been reimbursed. Showing that under the guidance of President Mancini the local is financially insolvent and unable to meet the needs of membership.
- Article 11; Section 11; C.
  - VP's from each unit are expected to attend any meeting with administrators or executive management. President Mancini continuously has meetings (in person or over the phone) that the VP's are not aware of.
- Article 8; Section 2; B.
  - President Mancini does not bring changes to the budget to the executive board for approval although they are responsible for overseeing the budget. (The best example of this is a $15,000 magazine that was supposed to be self sufficient. This magazine was never brought to the executive board. The last time I asked, end of August, there was no money received for this magazine. It is 8 pages, the majority being advertisements for politicians.)
- Article 8; Section 2; C.
  - President Mancini has hired multiple employees and not once has anything come to the executive board for review and approval. (Peter Nguyen, Andrea Bond, Robert
  - President Mancini hired legal representation for contract negotiations in Reno. Those contracts were not presented to the executive board for review and approval.
  - A new staff contract was negotiated and to date, that contract has not come to the executive board for approval.
  - Two retired SEIU 1107 staff were rehired under contracts with the local, neither of these have come to the board for approval. (Cheryl Bunch, Delores Bodie)
- Article 15; Section 1; 1.
  - President Mancini did not follow through on negotiating Michael Urban's contract. (February and March executive board meeting direction)
- Article 15; Section 1; 3.
  - During Clark County negotiations, multiple times the bargaining team asked that emails be sent to the membership from the bargaining team. This would promote the fact that the memberships co-workers had their backs during the process. President Mancini refused and in particular during one email exchange, stated "last time I checked I am the president". (Attachment 3)
  - Multiple times the VP's of the Clark County supervisory and non-supervisory units asked that they be included in the review of all material that would be going to membership, media, etc. This request was ignored time and time again and on several occasions bad information was presented. (Attachment 4)
  - When ratification was required for Clark County's contract, the bargaining team chose and scheduled two (2) days of voting and the sites voting would occur. President Mancini changed the voting to one (1) day.
  - When ratification was required for UMC's contract, the bargaining team chose and

scheduled three (3) days of voting and the sites voting would occur. President Mancini changed the voting to one (1) day.

- Article 15; Section 1; 6.
- President Mancini has authorized the settlement of charges against the Local Unit without notifying the executive board. (Obannon)
- Article 15; Section 2; A.
    - President Mancini has not brought forth information on employees to be hired to authorize their compensation. (Peter Nguyen, Andrea Bond, Robert)

Herein these charges show President Mancini demonstrating a sheer disregard of the Local's Constitution and Bylaws by abusing the role and responsibilities of the president position. These actions continue to display under President Mancini's leadership there is an undemocratic process and the inability of self-governance within Local 1107.

Thank you,
Brenda C. Marzan
SEIU Vice President non-supervisory unit
Clark County

Judge bares decision / corrective action Bargaining x

**brenda marzan** Aug 12

It was brought to my attention that you may be negotiating with the county in...

**Mark Matthews** <markm.a.matthews@gmail.com> Aug 12

to me, Mancini, mark, brent, Michelle, Jim, keishe, Mary, Sharon, Mike

I wholeheartedly agree with Brenda and as requested in a previous email on Wednesday we would also like to ask for a summary of what has been discussed up to this point. Thank you.

...

**sharon kisling** Aug 12

Good afternoon Cherie, I would ask that we respect the wishes of County Leade...

**brenda marzan** Aug 12

---------- Forwarded message ---------- From: "sharon kisling" <skisling@seiu...

**Mancini SEIU** Aug 12

to Clara, Alfredo, dspringer, me, mark, brent, Michelle, Jim, keishe, Mary, Sharon, Mike

There is absolutely NO negotiations going on with the County. The only thing being talked about is language in a settlement agreement in regards to getting the "bubble" people paid. Mike Urban is reviewing everything as well. Nothing...I repeat Nothing will be signed off until all County Officers are completely aware of what is being agreed to.

I have only spoken briefly with Yolanda King actually the majority of conversations have between the attorneys.

I have requested Urban to provide a summary of the agreement so that I can provide to you all.

Cherie A. Mancini

**Michael Urban** Aug 14

Brent and everyone else. Can we proceed to sign the proposed CBAs? From: bren...

**brenda marzan** <bmarzan@seiu1107.org> Aug 14

to Michael, brent, Mancini, Mark, Alfredo, skisling, Mary, 11cithom, Debbie

Mike,

I think you and I were sending emails at the same time. I am not sure if you saw the last couple of things I asked.

That being said, I am good with everything else.

Thanks again,
Brenda

...

SEIU Nevada
Standing Up for All Our Families

Dear UMC SEIU Nevada Members,

In the best interest of our UMC members, SEIU Nevada is forced to cancel the Tentative Agreement ratification vote scheduled for Thursday, July 28, 2016.

SEIU Nevada is investigating allegations against members of the bargaining team including, but not limited to:

-Violation of fiduciary duty
-Acting against the best interest of members
-Behavior inconsistent with the mutually agreed upon Interest Based Bargaining process
-Failing to conduct bargaining in a prudent manner
-Being derelict in their duty to properly communicate with members and the Union

The union is taking this critical action, in order to prevent potential irreparable harm to the bargaining unit.

In the interest of transparency, accountability, to share the most recent information and gather member input, the Union will be holding meetings on Thursday, July 28 at 8 a.m. to 10 a.m., 4 p.m. to 6 p.m. and 7 p.m. to 9 p.m. at the Union Hall, 3785 Sunset Rd. #1.

In Solidarity,

Cherie Mancini, President

SEIU Nevada 1107

SERVICE EMPLOYEES INTERNATIONAL UNION NEVADA

3785 E. Sunset Road, Las Vegas, NV 89120

**brent miller** May 1

I believe the BT members made it very clear. This info comes from the BT.

**brenda marzan** May 1

I do NOT agree with this coming from Cherie for the bargaining team. Maybe ma...

**Mancini SEIU** <cmancini@seiunv.org> May 18

to me, michael, Keishe, Michelle, lceaston, Lanita, tly, fabpavel, DSpringLV, Debbie, dana, skisling, shgrain,

Last time I checked I am the President. The letter will be addressed from the "Bargaining Team" but the email will be sent ou from me. Unless anyone on the bargaining team has any language changes that they would like to suggest I will be sending out this email as of 3pm today. The bargaining team has had nothing to do with putting this Blitz together and I believe that v are trying to be inclusive by including you on this communication to your potential members.

Thank you

Cherie A. Mancini
President
SEIU Local 1107

Email chain titled "CC Bargaining Team - Message to Clark County Workers" start date of May 17, 2016.

Clark County Contract Update Complete x

**Cherie Mancini** Jan 22

Dear member, SEIU Local 1107 has been working hard on your behalf to restore ...

**brenda marzan** <bmarzan@seiu1107.org> Jan 22

to Mancini, michael, mark, Richard, brent, Keishe, Jim, Sharon, patricia, jim, Mary, bcc: Brenda

Cherie,

Once again information was sent to the clark county membership without it being reviewed by the county officers.

First of all, longevity is NOT a bonus. It is part of our salary. This is something we have fought for years and you just put it out in a flyer that i am sure clark county management has already received and shared with the RJ.

Why, would you do this again after us asking you to make sure you run these by us first? There are no time constraints for this message.

I am very disturbed that once again an incorrect message from you has gone out to the entire membership.

Membership is at an all time low and i have members approaching me everyday asking how to withdraw from the union. Let alone management side of the house letting me know we are below 50%. Why is this coming to me from them and not you?

What the hell is going on down at that hall? I understand there is no organizing going on anymore, just representation. Clark County does not need help with representation, we need organizing! The priorities of this local are completely out of line.

Once again i am embarrassed to be associated with an organization that makes decisions without taking into account what is important to its members and does not include the officers in those decisions.