# EXHIBIT 13

(Notice of Trusteeship Hearing)

SEIU
Stronger Together

MARY KAY HENRY
International President

GERRY HUDSON
International Secretary-Treasurer

NEAL BISNO
Executive Vice President

LUISA BLUE
Executive Vice President

HEATHER CONROY
Executive Vice President

SCOTT COURTNEY
Executive Vice President

LESLIE FRANE
Executive Vice President

VALARIE LONG
Executive Vice President

ROCIO SÁENZ
Executive Vice President

SERVICE EMPLOYEES
INTERNATIONAL UNION
CTW, CLC

1800 Massachusetts Ave., NW
Washington, DC 20036

202.730.7000

www.SEIU.org

**NOTICE OF HEARING**
**NOTICE OF APPOINTMENT OF HEARING OFFICER**
**RULES OF PROCEDURE**

**TO: All Former Officers and Executive Board Members and Members of SEIU Local 1107, CtW, CLC**

On April 28, 2017, SEIU International President Mary Kay Henry appointed Luisa Blue as Trustee at SEIU Local 1107 ("Local 1107," "Local Union" or "Local"), and Martin Manteca as Deputy Trustee at Local 1107, to take immediate charge and control of the affairs of the Local Union, after determining that an emergency situation existed within the Local. This action was taken pursuant to the International President's express authority under Article VIII, Sections 7(a) and 7(f) of the SEIU Constitution and Bylaws and applicable provisions of the Labor-Management Reporting and Disclosure Act ("LMRDA"), 29 U.S.C. § 401 et seq.

In accordance with Article VIII, Section 7(f) of the SEIU Constitution, the SEIU International Executive Board has appointed April Verrett as Hearing Officer to conduct a hearing on the emergency trusteeship imposed on Local 1107.

**The hearing will be conducted according to the following schedule:**

**DATE:** **Thursday, July 13, 2017**

**TIME:** **4:00 p.m. - until recessed by Hearing Officer Verrett**

**PLACE:** **New York New York Hotel & Casino**
**3790 Las Vegas Boulevard South**
**Las Vegas, NV 89109**
**(866) 815-4365**
**Room- Union Square**

The hearing will address the question of whether circumstances existed at the time to justify the imposition of the emergency trusteeship as well as the question of whether the trusteeship should continue. All members of Local 1107 have the right to attend this hearing and to enter their positions on the trusteeship into the record. To be admitted into the hearing, Local 1107 members should bring their Local Union membership card or a recent paystub showing that their union dues are being deducted.

The International President determined that imposing an emergency trusteeship at Local 1107 was necessary to prevent the disruption of contracts, assure that the Local Union performs its duties as collective

bargaining representative, restore democratic procedures, protect the interests of Local 1107 and its membership and otherwise carry out the legitimate objects of the International Union. In addition, the International President determined that an emergency existed that required immediate action and justified the pre-hearing appointment of a Trustee and Deputy Trustee at Local 1107.

On May 25, 2017, under her express authority under Article VIII, Section 7(f) of the SEIU Constitution, the International President determined that good cause existed to hold the Local 1107 trusteeship hearing more than 30 days after the imposition of the trusteeship- in light of Local 1107's pending commitments and the schedules of the individuals whose attendance at the hearing was necessary. The International President also determined that good cause existed for the International Executive Board's decision on the trusteeship to be made more than 60 days after the trusteeship was imposed.

The specific circumstances that the International President concluded made the imposition of the emergency trusteeship necessary include: there was an on-going and serious breakdown in internal union governance and democratic procedures at Local 1107, which prevented the Local's former leaders from completing the work that the members had elected them to do; leadership conflicts and in-fighting at the Local had caused great instability in the Local and interfered with its ability to carry out its collective bargaining responsibilities properly and effectively; a communications breakdown in the Local interfered with its collective bargaining responsibilities, impeded the proper functioning of the Local and detracted from the Local's ability to serve the members; and, on April 26, 2017, the Local's former Executive Board voted to request that the International Union place the Local into an emergency trusteeship. The July 13, 2017 hearing will address these and other issues as well as whether the trusteeship should continue.

## RULES OF PROCEDURE

**The following procedures will be in effect for the hearing:**

1. The hearing is to be conducted as an internal union governance matter under the SEIU Constitution and Bylaws. Hearing Officer April Verrett will preside over the hearing.

2. The official parties in this emergency trusteeship hearing are the International President, who will be represented at the hearing by Local 1107's Trustee and Deputy Trustee, and the Local's Executive Board in office at the time of the trusteeship, if the former Local Executive Board chooses to participate. If Local 1107's former Executive Board wishes to oppose the trusteeship, it may, by majority vote of its members, designate a spokesperson to represent it at the hearing. If a majority of the Local's former Executive Board members votes to designate a spokesperson, they must notify Hearing Officer Verrett of their designation by no later than Tuesday, July 11, 2017, by e-mailing Hearing Officer Verrett's counsel, Alma Henderson at alma.henderson@seiu.org.

3. If the Local Union's former Executive Board fails to designate a spokesperson to represent it at the hearing, the International President will be the only official party in the proceeding. In this case, the Local's former Executive Board members will have an opportunity to comment on the trusteeship during the time set aside for Local 1107 member comments described in paragraph 16 below.

4. The hearing is informal and is not intended to be a formal legal proceeding. It is not necessary for a party to be represented by an attorney in order to participate. However, Hearing Officer Verrett will permit counsel to the official parties to be present in this proceeding.

5. In light of the special circumstances surrounding this trusteeship and the membership status of the former President and former Secretary-Treasurer of Local 1107, they will each be given thirty (30) minutes to make statements concerning the trusteeship at the hearing, with the time allotted to be extended if necessary at the discretion of Hearing Officer Verrett. If former Local 1107 President Cherie Mancini and former Local 1107 Secretary-Treasurer Sharon Kisling wish to make statements at the hearing, they must notify Hearing Officer Verrett of their decisions to do so by no later than Tuesday, July 11, 2017, by e-mailing Hearing Officer Verrett's counsel, Alma Henderson at alma.henderson@seiu.org. If they do so, Hearing Officer Verrett will recognize each of them to make a statement after the International President's witnesses and evidence have been presented and the former Local Executive Board presents its witnesses and evidence (if the former Executive Board chooses to participate).

6. Former President Mancini and former Secretary-Treasurer Kisling have lost their status as SEIU members, but Hearing Officer Verrett will exercise her discretion to give them with an opportunity to participate in the hearing, in light of the overall facts and circumstances surrounding this trusteeship and their membership status. Although former President Mancini and former Secretary-Treasurer Kisling may be recognized by Hearing Officer Verrett to make statements at the hearing, as described above, neither of them will be an official party in the proceeding or have the right to present or cross-examine witnesses.

7. The International President's witnesses at the hearing will present evidence on the International President's behalf on why the trusteeship was imposed properly and should be continued. Thereafter, the spokesperson for the former Local 1107 Executive Board (if any) will present witnesses and evidence on its behalf (if the former Local Executive Board chooses to participate). Hearing Officer Verrett will permit counsel to represent the official parties and their spokespersons (if any) in this proceeding. All witness statements and testimony will be provided under oath. If the Local's former officers elect to have counsel, such counsel may be present but may not participate in the proceeding.

8. Hearing Officer Verrett will then recognize former President Mancini and former Secretary-Treasurer Kisling to make their statements concerning the trusteeship (if they choose to do so).

9. Except as indicated above, and unless expressly approved by Hearing Officer Verrett, only regular members of Local 1107 who are members of a bargaining unit represented by the Local, Local 1107's Trustee and Deputy Trustee, assigned International Union staff,

counsel to the Hearing Officer, counsel to the official parties and their spokesperson(s) (if any), and the court reporter may attend the hearing. A non-member may testify on a specific issue only if called as a witness. All persons present should sign in on the designated sheet when they enter the hearing room. If anyone is aware of anyone present in the hearing room who is not a regular member, s/he should immediately bring that to the attention of the Hearing Officer. This is subject to the very specific exceptions outlined above.

10. Hearing Officer Verrett may set reasonable time limits on the presentation of evidence and may make any other rulings she deems appropriate to assure an orderly, full and fair hearing and for the purpose of completing the hearing in the time scheduled. Documents and testimony will be taken into evidence as deemed appropriate by the Hearing Officer.

11. If requested, the designated spokesperson(s) of each party will be allowed an opportunity to give an opening statement at the commencement of the hearing and a summation at the conclusion of the hearing, not to exceed fifteen (15) minutes each. The Hearing Officer may extend this time as she deems appropriate.

12. Cross-examination of each party presenting evidence by the official opposing party (if any) will be allowed within limits, bearing in mind that this is an internal union proceeding and not a formal court proceeding. After each witness has testified, she or he may be questioned by the principal spokesperson of the official opposing party, if any. In addition, Hearing Officer Verrett and her counsel may question any of these witnesses and may allow the spokespersons additional opportunities for questioning the witnesses.

13. The Hearing Officer reserves the right to exclude testimony that is irrelevant or inappropriate and to limit testimony that is undisputed, unnecessary, cumulative or duplicative of other evidence.

14. After the presentation of witnesses and evidence, reasonable opportunity for rebuttal by the official parties will be permitted at the discretion of the Hearing Officer.

15. In the event that a party or member intends to offer written materials into the record, four (4) copies should be prepared so that the Hearing Officer and her counsel, each party and the court reporter have a copy for review, and so that one copy can be introduced into the official record.

16. After the official parties have completed their cases and any rebuttal thereto, members of Local 1107 who are present may state their views on the two central issues in this hearing- whether the trusteeship was imposed properly and whether continuation of the trusteeship is justified- by speaking on the record for no more than two (2) minutes per member. Each member who wants to speak must sign up on the speakers' list and identify herself or himself at the beginning of her or his presentation. The Hearing Officer has the discretion to permit members to speak for longer than two (2) minutes in an individual case if she deems it appropriate. Only the Hearing Officer or her counsel may question any of these speakers.

17. Where feasible, the International President's witnesses are asked to provide a copy of the set of documents to be presented at the hearing to the other official party (if any) before the hearing commences.

18. Security is being provided, and it is in the discretion of the Hearing Officer to do what is necessary and appropriate to maintain order in the hearing room.

19. A certified court reporter will transcribe the hearing, which will be the official transcript of the proceeding. The transcript is for the Hearing Officer's use in making her report and recommendations to the International Executive Board, and will be available to the official parties at their expense. An official party who wishes to obtain a copy of the transcript must make arrangements with the court reporter directly. No other means of audio recording, video recording or photography will be permitted.

20. The Hearing Officer will leave the record open for a period of time following the close of the hearing to permit the official parties to submit written post-hearing briefs and to permit Local 1107 members to submit written statements. The period of time within which to submit briefs and statements will be announced by the Hearing Officer before the end of the hearing.

21. Following the closure of the record, Hearing Officer Verrett will make her report and recommendations to the International Executive Board, orally and/or in writing, including recommendations as to whether the emergency trusteeship was properly imposed and whether it should be continued. The International Executive Board will thereafter render its decision on the Hearing Officer's report and recommendations, pursuant to its authority under Article VIII, Section 7(f) of the SEIU Constitution.

Dated in Washington, D.C., this 30th day of June, 2017.

Gerald Hudson
International Secretary-Treasurer

cc: Mary Kay Henry, International President
Heather Conroy, Executive Vice President
Leslie Frane, Executive Vice President
April Verrett, Hearing Officer
Luisa Blue, Trustee, SEIU Local 1107
Martin Manteca, Deputy Trustee, SEIU Local 1107
Former Officers and Executive Board Members, SEIU Local 1107
Deedee Fitzpatrick, Deputy Chief of Staff
Nicole Berner, General Counsel