# EXHIBIT 1

(Internal Needs Hearing Transcript)