# EXHIBIT 34

## (Urban Memo to Kisling RE: Mancini Charges)

# MEMORANDUM

TO: SEIU Executive Board

FROM: Michael A. Urban, Esq. – The Urban Law Firm

DATE: October 26, 2016

RE: Investigation of Concerns Presented to Executive Board by Sharon Kisling on August 31, 2016

---

## INTRODUCTION

At the August 31, 2016, Executive Board Meeting in closed session, Executive Vice President Sharon Kisling presented a written list of "concerns" regarding the business of SEIU Local 1107.

Through a poll of the Executive Board, our firm was directed to meet with Ms. Kisling and investigate the concerns raised by Ms. Kisling. Our office has met with Ms. Kisling and President Cherie Mancini and has received hundreds of pages of documents produced by Ms. Kisling and Ms. Mancini. This report is a summary of the findings by our office.

## PRELIMINARY REMARKS

In looking into the "concerns" raised by Ms. Kisling, it has become very clear that there is an inherent "distrust" amongst the members of the Executive Board and the union officers and a breakdown of open communication. In order for SEIU Local 1107 to operate properly and efficiently, there must be changes to the policies of communication between the officers and members of the Executive Board, and a more transparent operation of the union in all areas.

It should also be mentioned that there are several sets of pending charges that have been filed with the International Union and with the Local that will need to run their course pursuant to the SEIU International Constitution and ByLaws and the SEIU Local 1107 Constitution.

## LISTS OF CONCERNS RAISED BY SHARON KISLING

### 1. Direction to The Urban Law Firm by President/Members

While it is true that individual members should not give direction to union counsel on internal SEIU matters, the President of SEIU Local 1107 is certainly authorized to direct counsel on all matters affecting SEIU Local 1107 where legal opinion, action or correspondence is needed.