# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHERIE MANCINI, FREDERICK GUSTAFSON, and CLARK COUNTY PUBLIC EMPLOYEES ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LUISA BLUE, and MARY HENRY,<br><br>Defendants. | Case No. 2:17-cv-02137-APG-NJK<br><br>**ORDER SETTING HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>(ECF Nos. 4, 5, 19) |

This case was reassigned to me on October 6, 2017. ECF No. 22. The plaintiffs have filed a motion for temporary restraining order (ECF No. 4) and a motion for a preliminary injunction (ECF No. 5). The motions are fully briefed and reading for hearing.

IT IS THEREFORE ORDERED that plaintiffs' motion for temporary restraining order (ECF No. 4) and motion for preliminary injunction (ECF No. 5) are **set for hearing on Wednesday, October 18, 2017 at 9:00 a.m. in courtroom 6C in Las Vegas**.

IT IS FURTHER ORDERED that in light of this expedited hearing, the plaintiffs' motion for reconsideration **(ECF No. 19) is DENIED as moot**.

DATED this 10th day of October, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE